[No. 20547-9-III.   Division Three.   October 22, 2002.]

ROBERT L. SCHERTENLEIB, ET AL., *Respondents,* v. BARBARA SCHNELL, *Appellant.*

Appeal from a judgment of the Superior Court for Okanogan County, No. 99-2-00262-0, Jack Burchard, J., entered September 5, 2001. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato, A.C.J., and Sweeney, J.

[No. 20688-2-III.   Division Three.   October 22, 2002.]

HACKNEY, MARCH & CARROLL, *Plaintiff,* v. PETER SMILDE, *Defendant.*

RUSSELL JONES, *Appellant,* v. SEATTLE FIRST NATIONAL BANK, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 97-2-06956-9, Salvatore F. Cozza, J., entered November 2, 2001. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato, A.C.J., and Sweeney, J.

[No. 19977-1-III.   Division Three.   October 24, 2002.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM T. SIMMONS, *Appellant.*

Appeal from a judgment of the Superior Court for Lincoln County, No. 00-1-00028-3, Philip W. Borst, J., entered January 23, 2001. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, C.J., and Schultheis, J.

[No. 20439-1-III.   Division Three.   October 24, 2002.]

*In the Matter of the Marriage of* CHRIS CARDON, *Respondent,* and VALERIE EVANS, *Appellant.*

Appeal from a judgment of the Superior Court for Asotin County, No. 99-3-00084-5, William D. Acey, J., entered August 9, 2001. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, C.J., and Schultheis, J.